# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Yamil Medina

**Docket Number:** 06-00374-001
**PACTS Number:** 32984

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler
United States District Judge

**Date of Original Sentence:** 11/03/04

**Original Offense:** Conspiracy to Possess with Intent to Distribute Cocaine

**Original Sentence:** Imprisonment - 57 months; Supervised Release - 5 years; Special Assessment - $100; Fine - $2,500

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 12/18/10

**Assistant U.S. Attorney:** Philip James Degnan

**Defense Attorney:** Edward Bertucio Esq.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** |

On March 13, 2012, the offender was operating a motor vehicle which was pulled over by officers of the Elizabeth, New Jersey, Police Department for a motor vehicle violation. A consent to search said vehicle was authorized by Yamil Medina, and the search revealed a bulk amount of U.S. currency inside of a black trash bag located in the bed of the pickup truck. The bag contained $75,190.00 in U.S. currency. Medina was fingerprinted, but was not arrested, as prosecution was declined based upon law enforcement's interest in a related ongoing investigation. Medina failed to contact the undersigned officer at any point thereafter to report this police contact. The undersigned officer was not provided this information from law enforcement until December 13, 2012.

| 2 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the court or the probation officer and shall submit a truthful and complete monthly report within the first five days of each month.'** |
|---|---|

On December 21, 2010, the offender was instructed to submit truthful Monthly Supervision Reports during the first five days of each month. The offender last

submitted a monthly report for February 2012. Therefore, he has failed to submit monthly reports for March, April, May, June, July, August, September, October, and November, 2012.

3    The offender has violated the standard supervision condition which states 'As a condition of supervision, you are instructed to pay a fine in the amount of $2,500; the fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately. In the event that the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $100, to commence 30 days after release from confinement.'

On December 21, 2010, the offender was instructed to pay monthly on the balance of his fine obligation at the rate of $100 per month. The offender failed to make consistent monthly payments from June 2012 to November 2012, and was otherwise sporadic in his monthly payment obligation since his release. His current fine balance is $1,155.00. While the offender may purport that his inconsistent payment history was due to a lack of consistent employment, it is not unnoticed by the probation officer that in March 2012, the offender had in his possession over $75,000 in U.S. currency, which was not reported to the probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

By:    Carolyn S. Johnson
       U.S. Probation Officer
       Dated: 12/17/12

---

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing:  1/9/13 @ 10:00 am.
[ ] The Issuance of a Warrant
[ ] Other

_____
Signature of Judicial Officer

12/18/12
_____
Date